AGNES H. PORTER, Respondent, v. COMMERCIAL CASUALTY INSURANCE COMPANY, Appellant.—

All defendant's proposed conclusions of law, except No. 7, which were disallowed by the trial court, are allowed. Close, P. J., Hagarty, Adel and Lewis, JJ., concur; Johnston, J., dissents and votes to affirm.